1  DOMINICA C. ANDERSON (SBN 2988)
   LUCAS M. GJOVIG (SBN: 10053)
2  **DUANE MORRIS LLP**
   100 North City Parkway, Suite 1560
3  Las Vegas, NV  89106
   Telephone: 702.868.2600
4  Facsimile:  702.385.6862
   E-Mail:  dcanderson@duanemorris.com
5           lmgjovig@duanemorris.com

6  Attorneys for U.S. BANK, NA

7                **UNITED STATES DISTRICT COURT**

8                      **DISTRICT OF NEVADA**

9  SHAWN LAMPMAN,                    | Case No.:  2:09-CV-02017-RCJ-RJJ

10                                    | **DECLARATION OF AMANDA MILLAY**
            Plaintiff,               | **IN OPPOSITION TO PLAINTIFF'S**
11                                    | **APPLICATION FOR RESTRAINTS AND**
                                      | **IN SUPPORT OF MOTION FOR AN**
12  vs.                               | **ORDER FOR EVICTION**

13  U.S. BANK, NA, U.S. BANK HOME
    MORTGAGE, DOES I through X, inclusive,
14  and ROE BUSINESS ENTITIES I through X,
    inclusive,
15
            Defendants
16

17

18     I, Amanda Millay, declare:

19     1.     I am over eighteen years old and make this declaration of my own personal

20  knowledge.  I am employed by U.S. Bank, National Association ("U.S. Bank") as an Asset Team

21  Leader.

22     2.     I make this declaration in support of Defendants' Opposition to Plaintiff's Renewed

23  Motion for Temporary Restraining Order and Preliminary Injunction, and Motion for Summary

24  Eviction.

25     3.     As to the facts in this declaration, I know them to be true of my own knowledge or

26  have obtained knowledge of them from employees whom I supervise or work with and from my

27  review of the business records of U.S. Bank concerning the loan documents with Shawn Lampman.

28  If called upon to testify as to the matters set forth in this declaration, I could and would competently

1  testify thereto, since the facts set forth herein are known to me to be true.  As to those matters stated

2  in this affidavit on information and belief, I believe them to be true.

3      4.      On or about August 29, 2008, Shawn Lampman obtained a loan from Firstier Bank in

4  the approximate amount of $2,000,000.00 in order to purchase 10000 Summit Canyon Drive, Las

5  Vegas, Nevada 89144 (the "Property").  This loan was secured by a first position deed of trust,

6  which was recorded at the Office of the Clark County Recorder ("First Loan").  The First Loan was

7  later assigned to U.S. Bank.

8      5.      Mr. Lampman immediately defaulted on the First Loan by failing to make his first

9  payment due under the First Loan.  In fact, Mr. Lampman has not made a single payment on the First

10  Loan.

11      6.      About February 2009, Mr. Lampman contacted U.S. Bank inquiring about available

12  assistance on the First Loan.  U.S. Bank provided information about options.  Mr. Lampman did not

13  request any action to be taken at that time.

14      7.      On or about May 1, 2009, Mr. Lampman contacted U.S. Bank regarding modifying

15  the First Loan.  U.S. Bank considered the request.

16      8.      On May 8, 2009, U.S. Bank prepared and sent to Mr. Lampman a cover letter with a

17  modification agreement ("Modification Agreement")and two ancillary agreements - a Notice of No

18  Oral Agreements and Errors and Omissions Compliance Agreement.  As explained in the cover

19  letter, Mr. Lampman was to sign and notarize the Modification Agreement.  He also was supposed to

20  sign supporting documents.  He was to send the executed documents to U.S. Bank by May 18, 2009,

21  along with his first payment of $14,174.06.  Thereafter, Mr. Lampman was to make monthly

22  installment payments of $14,174.06.  In addition, under Paragraph 4, Mr. Lampman was to pay

23  taxes, insurance premiums and other charges that he agreed to pay under his loan documents.

24  Attached as Ex. 1 is a true and correct copy of the May 8 cover letter along with the proposed

25  Modification Agreement and ancillary agreements.

26      9.      Mr. Lampman failed to return the Modification Agreement and first payment by May

27  18, 2009.  On or about July 2, 2009, Mr. Lampman returned the Modification Agreement, but the

28  Modification Agreement was not signed and was not notarized.  Mr. Lampman signed only the

1  Notice of No Oral Agreements and an Errors and Omissions Compliance Agreement.  Moreover,

2  Mr. Lampman did not send the required first payment of $14,174.06.  Attached as Ex. 2 is a true and

3  correct copy of the proposed Modification Agreement as returned by Mr. Lampman.

4        10.     On July 6, 2009, U.S. Bank advised Mr. Lampman in a phone call that the

5  Modification Agreement was not properly executed, and that he must sign and notarize, and return

6  the documents along with the first payment that was due on July 1, 2009.  On July 6, 2009, U.S.

7  Bank again sent the Modification Agreement to Mr. Lampman for execution.

8        11.     On or about July 29, 2009, Mr. Lampman contacted U.S. Bank and stated he never

9  received the Modification Agreement which was sent to him on July 6, 2009.  Therefore, on or about

10  July 29, 2009, U. S Bank sent Mr. Lampman a third copy of the Modification Agreement.

11        12.     Mr. Lampman never returned the Modification Agreement after it was sent to him on

12  July 29, 2009.

13        13.     Mr. Lampman has not made any payments pursuant to the proposed Modification

14  Agreement.

15        14.     Upon information and belief, Mr. Lampman continues to reside at the Property.

16      ///

17

18      ///

19

20      ///

21

22      ///

23

24      ///

25

26      ///

27

28      ///

1         I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is

2    true and correct.

3         Dated: November 23 , 2009

4

5                        _Amanda Millay_

                           AMANDA MILLAY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I hereby certify that I am a citizen of the United States and am employed in Clark County, where this mailing occurs. I am over the age of eighteen years and not a party to the within entitled action; my business address is 100 N. City Parkway, Suite 1560, Las Vegas, Nevada 89106.

On November 23, 2009, I served the document described as **DECLARATION OF AMANDA MILLAY** on the interested party(ies) in this action as follows:

Charles T. Wright
Sherry A. Moore
PIET & WRIGHT
3130 S. Rainbow, Suite 304
Las Vegas, NV 89146
T: 702.566.1212
F: 702.566.4833
Attorneys for Plaintiff

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business.

☐ **BY FEDERAL EXPRESS:** I served said document(s) to be delivered on the same day to a courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **BY ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients via electronic transmission of said document(s) as provided under Federal Rules of Civil Procedure.

Jana Dailey
An employee of DUANE MORRIS LLP

# EXHIBIT 1

# EXHIBIT 1



**usbank.com**

■ U.S. BANK HOME MORTGAGE

4801 Frederica Street
P.O. Box 20005
Owensboro, KY 42304-0005

May 08, 2009

Shawn Lampman
10000 Summit Canyon Drive
Las Vegas NV 89144

Mortgage Loan Number 6800170489

Dear Mortgagor(s):

We have processed your Loan Modification request. This letter will
provide you with the information and instructions you need to modify your
mortgage. We have enclosed two copies of a Loan Modification agreement.
Instructions for completing these agreements appear below.

Modified Note Rate: 5.375 % Principal Balance: $2147149.77
Date Rate is in effect: 06/01/09    Principal & Interest: 10892.33
New Maturity Date: 06/01/2049      Monthly Escrow:     3,281.73
First Payment Due On: 07/01/09    Total Payment: 14174.06
Total Cash Contribution: $14174.06

*****ALL MODIFICATION FUNDS MUST BE REMITTED AS CERTIFIED FUNDS.*****
**Final payment figures may change due to variations in escrow.******

1.  All borrowers listed on the enclosed Loan Modification Agreement must
    sign the agreement and the signatures must be notarized.
    Please Note: The original agreement must have original signatures
    *as they are typed* and must be signed in the presence of a notary
    public. You should make a photocopy of the original agreement
    after it has been signed and keep for your records.
2.  Return to the address below, BOTH signed and notarized originals of
    the Loan Modification Agreement and $14174.06 by 05/18/09 NO EXCEPTION
S!.
                  U. S. Bank Home Mortgage
                  Attn: Default Resolution Department
                  4801 Frederica Street
                  Owensboro, KY  42301
        **PLEASE DO NOT RETURN DOCUMENTS TO FIRST AMERICAN**
If you have any questions about this agreement, or the modification
process, please call me at 1-800-365-7900.
Sincerely,

Alysha Smith
Owensboro Default Resolution



Tax Parcel No.:

RECORD AND RETURN TO:
FIRST AMERICAN TITLE
P.O. BOX 27670
SANTA ANA, CA  92799-7670
ATTN: LMTS

_____   [Space Above This Line for Recording Data]   _____
Original Recorded Date: AUGUST 29, 2008          Loan No.: 6800170489

# LOAN MODIFICATION AGREEMENT
### (Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this  1ST   day of JUNE, 2009
between   SHAWN LAMPMAN

("Borrower") and  U.S. BANK, NA
                                                    ("Lender"),

amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), and
Timely Payment Rewards Rider, if any, dated AUGUST 29, 2008                       and recorded in
                                                          , of the   Official     Records of
                                                              (Name of Records)
CLARK COUNTY, NEVADA                          , and (2) the Note bearing the same date as, and
       (County and State, or other jurisdiction)
secured by, the Security Instrument, which covers the real and personal property described in the Security
Instrument and defined therein as the "Property", located at

10000 SUMMIT CANYON DRIVE, LAS VEGAS, NEVADA 89144
                                      (Property Address)

LOAN MODIFICATION AGREEMENT - Single Family -  Fannie Mae Uniform Instrument     Form 3179 1/01 (rev. 01/09)     (page 1 of 5)
Modified by First American Loan Production Services                                                                                      NEVADA
First American Real Estate Solutions LLC
FALPS# NVFM3179  Rev. 02-06-09

6800170489

the real property described being set forth as follows:

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1.  As of **JUNE 1, 2009**            , the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $    **2,147,149.77**    , consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2.  Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of    **5.375**    %, from **JUNE 1, 2009**            . Borrower promises to make monthly payments of principal and interest of U.S. $    **10,892.33**    , beginning on the **1ST**   day of **JULY, 2009**    , and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of    **5.375**    % will remain in effect until principal and interest are paid in full. If on   **JUNE 01, 2049**            (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3.  If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

    If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4.  Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument       Form 3179 1/01 (rev. 01/09)       *(page 2 of 3)*
Modified by First American Loan Production Services                                                                      NEVADA
First American Real Estate Solutions LLC
FALPS# NVFM3179-2 Rev. 02-06-09

6800170489

(a)  all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider.  By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

(b)  all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5.   Borrower understands and agrees that:

(a)  All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

(b)  All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law.  Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

(c)  Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

(d)  All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

(e)  Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

6800170489

6.  This Agreement modifies an obligation secured by an existing security instrument recorded in CLARK                   County, NEVADA                 , upon which all recordation taxes have been paid.  As of the date of this Agreement, the unpaid principal balance of the original obligation secured by the existing security instrument is $2,000,000.00  . The principal balance secured by the existing security instrument as a result of this Agreement is $  2,147,149.77  , which amount represents the excess of the unpaid principal balance of this original obligation.

U.S. BANK, NA

_____ (Seal)
                                                   - Lender
Name:  GREGG SPEER
Its:   SENIOR VICE PRESIDENT

_____ (Seal)
                                                   - Borrower
SHAWN LAMPMAN

_____ (Seal)
                                                   - Borrower

_____ (Seal)
                                                   - Borrower

_____ (Seal)
                                                   - Borrower

_____ (Seal)
                                                   - Borrower

_____ (Seal)
                                                   - Borrower

LOAN MODIFICATION AGREEMENT - Single Family -  Fannie Mae Uniform Instrument     Form 3179 1/01 (rev. 01/09)     (page 4 of 5)
Modified by First American Loan Production Services                                                              NEVADA
First American Real Estate Solutions LLC
FALPS# NVFM3179-4  Rev. 02-06-09

[Space Below This Line for Acknowledgments]    6800170489

STATE OF _____    COUNTY OF _____

The foregoing instrument was acknowledged before me this _____ by
SHAWN LAMPMAN

_____
_____
_____

Signature of Person Taking Acknowledgment _____

Printed Name _____

Title or Rank _____

Serial Number, if any _____

### LENDER ACKNOWLEDGMENT

STATE OF  KENTUCKY _____    COUNTY OF  DAVIESS _____

The foregoing instrument was acknowledged before me this _____ by
GREGG SPEER _____, the SENIOR VICE PRESIDENT _____
of _____,
a _____, on behalf of said entity.

Signature of Person Taking Acknowledgment _____

Printed Name _____

Title or Rank _____

Serial Number, if any _____

Date:  JUNE 1, 2009
Loan Number:  6800170489
Lender:     U.S. BANK, NA

Borrower:  SHAWN LAMPMAN

Property Address:     **10000 SUMMIT CANYON DRIVE**
                      **LAS VEGAS, NEVADA 89144**

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement.  "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

_____    _____
Borrower                                                                    Date
**SHAWN LAMPMAN**

_____    _____
Borrower                                                                    Date

_____    _____
Borrower                                                                    Date

_____    _____
Borrower                                                                    Date

_____    _____
Borrower                                                                    Date

_____    _____
Borrower                                                                    Date

Date:  JUNE 1, 2009
Loan Number:  6800170489
Lender:  U.S. BANK, NA

Borrower:   SHAWN LAMPMAN

Property Address:  10000 SUMMIT CANYON DRIVE
LAS VEGAS, NEVADA 89144

## ERRORS AND OMISSIONS
## COMPLIANCE AGREEMENT

In consideration of U.S. BANK, NA

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the correction of, any clerical errors made in any document or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.  Borrower agrees to assume all costs that may be incurred by the Lender, including without limitation, actual expenses, legal fees and marketing losses, as a result of the Borrower's failure to comply with all such requests within such 30 day time period.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.


**SHAWN LAMPMAN**                                                                                                Date
_____

                                                                                                                          Date
_____

                                                                                                                          Date
_____

                                                                                                                          Date
_____

                                                                                                                          Date
_____

                                                                                                                          Date
_____

# EXHIBIT 2

# EXHIBIT 2

Tax Parcel No.:

RECORD AND RETURN TO:
FIRST AMERICAN TITLE
P.O. BOX 27670
SANTA ANA, CA 92799-7670
ATTN: LMITS

[Space Above This Line for Recording Data]

Original Recorded Date: AUGUST 29, 2008          Loan No.: 6800170489

# LOAN MODIFICATION AGREEMENT
(Providing for Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 1ST   day of JUNE, 2009
between  SHAWN LAMPMAN

("Borrower") and  U.S. BANK, NA

("Lender"),

amends and supplements (1) the Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), and
Timely Payment Rewards Rider, if any, dated AUGUST 29, 2008                   and recorded in
                                              , of the  Official   Records of
                                                                (Name of Record)

CLARK COUNTY, NEVADA
(County and State, or other jurisdiction)
                                            , and (2) the Note bearing the same date as, and
secured by, the Security Instrument, which covers the real and personal property described in the Security
Instrument and defined therein as the "Property", located at

10000 SUMMIT CANYON DRIVE, LAS VEGAS, NEVADA 89144
(Property Address)

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument          Form 3179 1/01 (rev. 01/09)
Modified by First American Loan Production Services
First American Real Estate Solutions LLC
FALPS# NVE30179  Rev. 02-06-09                                                       (page 1 of 5)
                                                                                    NEVADA

6801170489

the real property described being set forth as follows:

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of JUNE 1, 2009      , the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $   2,147,149.77   , consisting of the unpaid amount(s) loaned to Borrower by Lender plus any interest and other amounts capitalized.

2. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of   5.375   %, from JUNE 1, 2009      . Borrower promises to make monthly payments of principal and interest of U.S. $   10,692.33   , beginning on the   1ST   day of JULY, 2009   , and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. The yearly rate of   5.375   % will remain in effect until principal and interest are paid in full. If on  JUNE 01, 2049       (the "Maturity Date"), Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

   If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including, without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

LOAN MODIFICATION AGREEMENT- Single Family - Fannie Mae Uniform Instrument     Form 3179 1/01 (rev. 3/09)     (page 2 of 3)
Modified by First American Loan Production Services                                                                        NEVADA
First American Real Estate Solutions LLC
FALPS3179.NV3141179-2 Rev. 02-06-09

6800170489

(a)   all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider.  By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

(b)   all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5.   Borrower understands and agrees that:

(a)   All the rights and remedies, stipulations, and conditions contained in the Security Instrument relating to default in the making of payments under the Security Instrument shall also apply to default in the making of the modified payments hereunder.

(b)   All covenants, agreements, stipulations, and conditions in the Note and Security Instrument shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Security Instrument shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Security Instrument, whether such rights or remedies arise thereunder or by operation of law.  Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Security Instrument are expressly reserved by Lender.

(c)   Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument.

(d)   All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

(e)   Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

6800170489

6. This Agreement modifies an obligation secured by an existing security instrument recorded in CLARK               County, NEVADA               , upon which all recordation taxes have been paid. As of the date of this Agreement, the unpaid principal balance of the original obligation secured by the existing security instrument is $2,000,000.00   . The principal balance secured by the existing security instrument as a result of this Agreement is $   2,147,149.77   , which amount represents the excess of the unpaid principal balance of this original obligation.

U.S. BANK, NA

_____ (Seal)
                                                                         – Lender
Name:   GREGG SPEER
Its:  SENIOR VICE PRESIDENT

_____ (Seal)
SHAWN LAMPMAN                                             – Borrower

_____ (Seal)
                                                                         – Borrower

_____ (Seal)
                                                                         – Borrower

_____ (Seal)
                                                                         – Borrower

_____ (Seal)
                                                                         – Borrower

_____ (Seal)
                                                                         – Borrower

[Space Below This Line for Acknowledgment]   6800170489

STATE OF _____   COUNTY OF _____

The foregoing instrument was acknowledged before me this _____ by
SHAWN LAMPMAN _____

_____

Signature of Person Taking Acknowledgment

_____ Printed Name

_____ Title or Rank

_____ Serial Number, if any

LENDER ACKNOWLEDGMENT

STATE OF  KENTUCKY _____   COUNTY OF  DAVIESS _____

The foregoing instrument was acknowledged before me this _____ by
GREGG SPEER _____, the  SENIOR VICE PRESIDENT
of _____

a _____, on behalf of said entity.

_____

Signature of Person Taking Acknowledgment

_____ Printed Name

_____ Title or Rank

_____ Serial Number, if any

LOAN MODIFICATION AGREEMENT - Single Family - Fannie Mae Uniform Instrument       Form 3179 1/01 (rev. 08/09)
Modified by First American Loan Production Services
First American Real Estate Solutions LLC                                                         (page 3 of 5)
FALPS# INVFHA3179-5 Rev. 02/06/09                                                                  NEVADA

Date:  JUNE 1, 2009
Loan Number:  6800170489
Lender:     U.S. BANK, NA

Borrower:   SHAWN LAMPMAN

Property Address:     10000 SUMMIT CANYON DRIVE
                      LAS VEGAS, NEVADA 89144

## NOTICE OF NO ORAL AGREEMENTS

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.**

**THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN THE PARTIES.**

**Receipt of Notice.** The undersigned hereby admit to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

_____     Date _____
Borrower
**SHAWN LAMPMAN**

_____     Date _____
Borrower

_____     Date _____
Borrower

_____     Date _____
Borrower

_____     Date _____
Borrower

_____     Date _____
Borrower

First American Loan Production Services
©2008 First American Real Estate Solutions LLC
FALPS# FAND033 Rev. 12-10-08

Notice of No Oral Agreements

Date:  JUNE 1, 2009
Loan Number:  6800170489
Lender:  U.S. BANK, NA

Borrower:   SHAWN LAMPMAN

Property Address:   10000 SUMMIT CANYON DRIVE
                    LAS VEGAS, NEVADA 89144

## ERRORS AND OMISSIONS
## COMPLIANCE AGREEMENT

In consideration of U.S. BANK, NA

(the "Lender") agreeing to modify the referenced loan (the "Loan") to the Borrower, the Borrower agrees that if requested by the Lender, the Borrower will correct, or cooperate in the correction of, any clerical errors made in any document or agreement entered into in connection with the modification of the Loan, if deemed necessary or desirable in the reasonable discretion of the Lender, to enable Lender to sell, convey, seek guaranty or market the Loan to any entity, including without limitation, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, the Federal Housing Authority, the Department of Veterans Affairs or any municipal bond authority.

The Borrower agrees to comply with all such requests made by the Lender within 30 days of receipt of written request from the Lender.  Borrower agrees to assume all costs that may be incurred by the Lender, including without limitation, actual expenses, legal fees and marketing losses, as a result of the Borrower's failure to comply with all such requests within such 30 day time period.

The Borrower makes this agreement in order to assure that the documents and agreements executed in connection with the modification of the Loan will conform to and be acceptable in the marketplace in the event the Loan is transferred, conveyed, guaranteed or marketed by the Lender.

_____   _____
SHAWN LAMPMAN                                                       Date

_____   _____
                                                                   Date

_____   _____
                                                                   Date

_____   _____
                                                                   Date

_____   _____
                                                                   Date

_____   _____
                                                                   Date